1  NORMAN L. SMITH [SBN 106344]
   nsmith@swsslaw.com
2  ALISON L. PIVONKA [SBN 156977]
   apivonka@swsslaw.com
3  ELIZABETH C. PIETANZA [SBN 233538]
   epietanza@swsslaw.com
4  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
5  San Diego, California 92101
   Telephone: (619) 231-0303
6  Facsimile: (619) 231-4755

7  Attorneys for Barbeques Galore, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBEQUES GALORE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MDNH, INC., a Delaware corporation; MONIKER ONLINE SERVICES, LLC, a Florida limited liability company; MONIKER PRIVACY SERVICES, an unknown business entity; MARCHEX, INC., a Delaware corporation,<br><br>　　　　　Defendants. | CASE NO. 06CV2172 JM(AJB)<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS MDNH, INC. AND MARCHEX, INC. TO ANSWER COMPLAINT**<br><br>Honorable Jeffrey T. Miller<br>Ctrm:　　　6<br><br>Action Filed:  October 2, 2006 |

1     Plaintiff Barbeques Galore, Inc., on the one hand, and defendants MDNH, Inc. and Marchex, Inc. on the other hand, by and through their respective counsel, jointly move to extend the time for MDNH and Marchex to answer the complaint filed in this action.  Good cause exists to grant this extension because the parties are engaged in settlement discussions, require additional time to determine whether they can arrive at a fair and amicable solution without further imposition on the Court and have not previously requested any extensions of time for MDNH and Marchex to answer the complaint.

    The parties stipulate and agree that MDNH and Marchex shall have an additional ten (10) days to answer the complaint filed in this action, and ask that this Court approve their joint motion in the accompanying proposed order.

DATED: October 27, 2006    SOLOMON WARD SEIDENWURM & SMITH, LLP

By:    /s/ Elizabeth C. Pietanza
―――――――――――――――――――
NORMAN L. SMITH
ALISON L. PIVONKA
ELIZABETH C. PIETANZA
Attorneys for Barbeques Galore, Inc.

DATED: October 27, 2006

By:    /s/ Catherine H. Tran
―――――――――――――――――――
CATHERINE H. TRAN
Attorney for MDNH, Inc. and Marchex. Inc.